# BRACEWELL

July 10, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    *Nastasi & Associates, Inc. v. Bloomberg, L.P., et al.*, No. 24-545

Dear Ms. Wolfe:

      We write on behalf of all Defendant-Appellees ("Appellees") in the above-referenced matter, pursuant to Local Rule 31.2(a)(1)(B). Appellees respectfully request that the deadline for their joint response brief be set for September 26, 2024. This deadline is 91 days from June 27, 2024, the date on which Plaintiff-Appellant filed its opening brief.

      Thank you for your assistance.

            Respectfully submitted,


            BRACEWELL LLP

            /s/ Allan N. Taffet
            Allan N. Taffet


cc: All counsel of record (via ECF)

**Allan N. Taffet**
Partner

T: +1.212.508.6184    F: +1.800.404.3970
31 W. 52nd St., Suite 1900, New York, New York 10019
allan.taffet@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC