UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand twenty-four,

_____

| | |
|---|---|
| Nastasi & Associates, Inc., | **ORDER** |
|       Plaintiff - Appellant, | Docket No. 24-545 |
| v. | |
| Bloomberg, L.P., Turner Construction Company, Eurotech Construction Corp., Donaldson Acoustics Co., Inc., Marilyn Francisco, Anthony Guzzone, William Dale Summerville, Lauren Eckhart Smith, Michael Campana, Vito Nigro, Fay Devlin, Duane Robert Donaldson, Douglas Donaldson, Does 1?50, Javier Paulino, | |
|       Defendants - Appellees, | |
| Ronald Olson, | |
|       Defendant. | |

_____

Counsel for APPELLEES Bloomberg, L.P., et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 26, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before September 26, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

